**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1593**

MARIE ASSA'AD-FALTAS,

              Party-in-Interest - Appellant,

        and

JONATHAN DAVID MCCOY,

              Plaintiff,

        v.

CITY OF COLUMBIA; JOHN K. PASSMORE, in his individual and
official capacity; JAMES HEYWOOD, in his individual and
official capacity; AMANDA H. LONG, in her individual and
official capacity,

              Defendants – Appellees,

        and

COLUMBIA POLICE DEPARTMENT, CITY OF,

              Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.   Joseph F. Anderson, Jr.,
District Judge. (5:10-cv-00132-JFA)

Submitted: December 17, 2013        Decided: December 19, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Marie Therese Assa'ad-Faltas, Appellant Pro Se.  Peter Michael Balthazor, OFFICE OF THE CITY ATTORNEY, Columbia, South Carolina; Matthew Blaine Rosbrugh, MBR LAW, LLC, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's order summarily denying her motion for a permanent injunction. Assa'ad-Faltas has also filed an application to proceed in forma pauperis, as well as motions to mediate the appeal, to impose sanctions, and to strike the Appellees' informal brief. The Appellees have filed a motion to dismiss the appeal, to dismiss the City of Columbia from the appeal, and for sanctions against Assa'ad-Faltas.

We have reviewed the record and find no reversible error. Accordingly, although we grant Assa'ad-Faltas's application to proceed in forma pauperis, we deny the remaining pending motions and affirm the district court's order. Assa'ad-Faltas v. City of Columbia, No. 5:10-cv-00132-JFA (D.S.C. May 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED